EILEEN BOYD et al., Appellants, *v.* AMERICAN CAN COMPANY, Respondent, Impleaded with Others.

Argued April 22, 1937; decided May 25, 1937.

*Thomas J. Milan* and *Morris Zweibel* for appellants.

*James R. Sloane* and *Leonard B. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ.  Taking no part: FINCH, J.